IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID L. GEUDER,

      Plaintiff,

    vs.                              Civil No. 3:07cv00444
                                    JUDGE RICE
                                    MAGISTRATE JUDGE OVINGTON

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.


ORDER GRANTING JOINT MOTION TO
VACATE REMAND AND REINSTATE CASE


The parties' Joint Motion to Vacate Remand is hereby granted and the case is reinstated on the court's docket. The Administrative Transcript filed in case no. 3:09cv00139 will be transferred to 3:07cv00444 as certified, when the Answer is filed.


June 12, 2009

                                                          s/Sharon L. Ovington
                                                      SHARON L. OVINGTON
                                                     U.S. MAGISTRATE JUDGE