# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID L. GEUDER, :

    Plaintiff, :

                                      Case No. 3:07cv00444

                                :

vs.                              District Judge Timothy S. Black
                             : Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social :
Security Administration,

                                 :

    Defendant.

                                 :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations (Doc. #21) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 14, 2010 (Doc. #21) is ADOPTED in full;

2. The Commissioner's final non-disability decision is VACATED;

3. No finding is made regarding whether Plaintiff is under a "disability" within the meaning of the Social Security Act;

4. This matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for further proceedings consistent with this Decision and Entry and the Report and Recommendations; and

5. The case is terminated on the docket of this Court.

_Timothy S. Black_
Timothy S. Black
United States District Judge